IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO: 7:15-cv-00139-D

| | |
|---|---|
| OSTERMAN & COMPANY, INC. | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER FOR ADMINISTRATIVE CLOSURE** |
| DAVID FRANCO, | ) |
| Defendant. | ) |

Upon consideration of Plaintiff Osterman & Company, Inc.'s Motion for Administrative Closure of the instant matter; and it appearing to the Court that a Corrected Verified Complaint has been filed in 7:15-cv-00138-FL, making this matter superfluous; and that good cause exists to grant Plaintiff's Motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter shall be administratively closed.

SO ORDERED. This 26 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge